# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Mason, | No. CV-23-00245-TUC-RCC |
| Petitioner, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Respondents. | |

On May 20, 2024, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation ("R&R") in which he recommended the Court deny Petitioner Steven Mason's First Amended Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody, (Doc. 5), and dismiss this case with prejudice. (Doc. 17.) Judge Macdonald notified the parties they had fourteen (14) days from the date of the R&R to file any objections. (*Id.* at 7.) No objections have been filed.

If neither party objects to a magistrate judge's R&R, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

The Court has reviewed the First Amended Petition (Doc. 5), Respondent's response (Doc. 15), Petitioner's Reply (Doc. 16), and the R&R (Doc. 17). The Court finds

the R&R well-reasoned and agrees with Judge Macdonald's conclusions.

Accordingly, IT IS ORDERED:

1) Magistrate Judge Macdonald's Report and Recommendation is ADOPTED. (Doc. 17.)

2) Petitioner Steven Mason's First Amended Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody is DENIED. (Doc. 5.)

3) Should Petitioner choose to file an appeal, the Court declines to issue a certificate of appealability because reasonable jurists would not find the Court's ruling debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4) This matter is DISMISSED WITH PREJUDICE. The Clerk of Court shall docket accordingly.

Dated this 10th day of June, 2024.

_____
Honorable Raner C. Collins
Senior United States District Judge